# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WAYLON COGBURN**  **PETITIONER**
**ADC #133937**

v.   **CASE NO. 5:14CV00267 BSM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## ORDER

The recommended disposition filed by Magistrate Judge Beth Deere has been reviewed. The parties have not filed any objections. After careful consideration, the recommended disposition is adopted in its entirety. Waylon Cogburn's petition for writ of habeas corpus [Doc. No. 1] is denied and dismissed without prejudice.

When entering a final order adverse to a habeas corpus petitioner, a certificate of appealability must be issued or denied. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 30th day of September 2014.

_Brian S. Miller_
UNITED STATES DISTRICT JUDGE