**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WAYLON COGBURN**                                                                 **PETITIONER**
**ADC #133937**

**v.**                              **CASE NO. 5:14CV00267 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                   **RESPONDENT**

## JUDGMENT

Consistent with the order entered this date, defendant Waylon Cogburn's 28

U.S.C. § 2254 petition for writ of habeas corpus [Doc. No. 1] is denied and dismissed

without prejudice.

IT IS SO ORDERED this 30th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE